USCA1 Opinion

 

 March 17, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1586 ALFREDO HUALDE REDIN, ET AL., Plaintiffs, Appellants, v. FIRST FEDERAL SAVINGS BANK, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Raymond L. Acosta, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Paul Martin Hualde, Maria Susana Costa De Hualde and Alfredo ___________________ ______________________________ _______ Hualde-Redin on brief pro se. ____________ Juan Rafael Gonzalez Munoz on brief for appellee. __________________________ ____________________ ____________________ Per Curiam. We have reviewed the record and ___________ conclude that plaintiffs' action was properly dismissed for the reasons stated in the magistrate's report. We briefly add a few comments. Plaintiffs are not entitled to the materials sought under the FOIA because the FOIA does not apply to states or Puerto Rico. 5 U.S.C. 551(1). The district court did not have jurisdiction over plaintiffs' action under 12 U.S.C. 632. Diaz v. Pan American Fed. Sav. & Loan Ass'n, 635 F.2d ____ ____________________________________ 30 (1st Cir. 1980). Nor did plaintiffs adequately plead any cause of action under 42 U.S.C. 1985 or Puerto Rico tort law. We have considered all of plaintiffs' arguments, including their contentions that they were improperly denied discovery materials, that the district court abused its discretion in denying plaintiffs' motion to amend their complaint, that Judge Pieras' recusal should be effective as of an earlier date, and that plaintiffs were prejudiced when the district court adopted the magistrate's report prior to the date plaintiffs' objections were due, and have found no merit to the arguments. Affirmed. ________